## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In the matter of** | : | **Case No.** 02-2692/JHW |
| Genesis Health Ventures, Inc., et al. | : | |
| Debtor | : | |
| | | |
| Mellon Bank, N.A. | : | **Adversary No.** 04-55080 |
| Plaintiff | : | **MINUTES OF TELEPHONE CONFERENCE CALL HELD FEBRUARY 25, 2005** |
| v. | : | |
| Neighborcare, Inc. | : | |
| Defendant | : | |

PARTICIPANTS: Russell Silberglied, Esq.
Diane Harvey, Esq.
Menachem Zelmanozitz, Esq.
Matthew Schernecke, Esq.
Theresa Currier, Esq.

The following matters were determined:

1.a. Mellon Bank's indemnification claim applies to the Haskell complaint under paragraph 10.06 of the debtor-in-possession financing.

   b. A final judgment against Mellon Bank determining that it has committed willful misconduct or gross negligence will obviate the application of Neighborcare's indemnification obligation.

   c. The payment of litigation expenses should await a determination of whether the indemnification exclusions apply.

2. Neighborcare's motion to dismiss is denied. Mellon Bank's cross-motion for summary judgment is granted in part (indemnification claims apply to the Haskell complaint) and denied in part (no immediate right to payment of litigation expenses).

3.  Mellon Bank will submit a form of final judgment, on notice to counsel for Neighborcare.


Dated:   February 25, 2005

JUDITH H. WIZMUR
U.S. BANKRUPTCY JUDGE