IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>GENESIS HEALTH VENTURES INC., et al.,<br><br>Debtors, | Jointly Administered<br><br>Case No. 00-2692 (JHW)<br><br>Chapter 11 |
| MELLON BANK, N.A.,<br><br>Plaintiff,<br><br>v.<br><br>NEIGHBORCARE, INC.,<br><br>Defendant. | Adv. Proc. No. 04-55080 (JHW)<br><br>Re: Docket Nos. 36, 39 |

## STIPULATION AND AGREEMENT
## OF WITHDRAWAL WITH PREJUDICE

This Stipulation and Agreement of Withdrawal With Prejudice (the "Stipulation") is entered into by and among NeighborCare, Inc. (formerly Genesis Health Ventures, Inc., now known as "NeighborCare") and Mellon Bank, N.A. ("Mellon" and together with NeighborCare, the "Parties") with reference to the following facts and recitals:

WHEREAS, on November 4, 2004, NeighborCare filed *Defendant Neighborcare, Inc.'s Motion to Dismiss Complaint for Declaratory Relief* [Adv. Docket No. 7] (the "Motion to Dismiss");

WHEREAS, on November 18, 2004, Mellon filed *Mellon Bank, N.A.'s Cross Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and Fed. R. Bankr. P. No. 7056* [Adv. Docket No. 8] (the "Cross Motion");

WHEREAS, on April 5, 2005, this Court entered its *Final Order & Judgment* [Adv. Docket No. 35] (the "Order"). Pursuant to the Order, the Court denied the Motion to Dismiss and granted in part, and denied in part, the Cross Motion;

WHEREAS, on Monday, April 18, 2005, NeighborCare filed its *Notice of Appeal* [Adv. Docket No. 36] (the "Notice of Appeal").

WHEREAS, on April 27, 2005, Mellon filed its *Notice of Cross-Appeal* [Adv. Docket No. 39] (the "Notice of Cross-Appeal").

NOW THEREFORE, the Parties do hereby stipulate and agree as follows:

1. The Notice of Appeal and the Notice of Cross-Appeal are hereby withdrawn with prejudice with each of the Parties to bear its own costs, without prejudice, however, to Mellon's right to indemnification or reimbursement thereof pursuant to the DIP Credit Agreement.

2. This Stipulation may be executed in one or more counterparts, including by facsimile, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

**[Remainder of Page Intentionally Blank]**

| | |
|---|---|
| Dated: May 16, 2005<br>Wilmington, Delaware<br><br>/s/ Mark D. Collins<br>Mark D. Collins (No. 2981)<br>Russell C. Silberglied (No. 3462)<br>Jason M. Madron (No. 4431)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>P.O. Box 551<br>Wilmington, Delaware 19899<br>Telephone: (302) 651-7700<br><br>- and -<br><br>Michael F. Walsh<br>Diane Harvey<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York 10153<br>Telephone: (212) 310-8000<br><br>*Attorneys for NeighborCare, Inc.* | Dated: May 16, 2005<br>Wilmington, Delaware<br><br>/s/ Teresa K.D. Currier<br>Teresa K.D. Currier (No. 3080)<br>Mark R. Owens (No. 4364)<br>KLETT ROONEY LIEBER & SCHORLING<br>1000 West Street, Suite 1410<br>Wilmington, Delaware 19801<br>Telephone: (302) 552-4200<br><br>- and -<br><br>Richard S. Toder<br>Menachem O. Zelmanovitz<br>Matthew E. Schernecke<br>MORGAN, LEWIS & BOCKIUS, LLP<br>101 Park Avenue<br>New York, New York 10178<br>Telephone: (212) 309-6000<br><br>*Attorneys for Mellon Bank, N.A.* |

SO ORDERED this 8th day of Dec, 2005:

_____
THE HONORABLE JUDITH H. WIZMUR
UNITED STATES BANKRUPTCY JUDGE

3